1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone: (415) 436-7700
6  Facsimile: (415) 436-7706
   Email: Elizabeth_falk@fd.org

8  Counsel for Defendant HOOK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18-306 CRB (RMI) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TRAVEL PASS** |
| v. | |
| AHARON HOOK, | |
| Defendant. | |

On June 19, 2019, defendant Aharon Hook was seriously injured while on a travel pass to the District of Oregon. He was hospitalized for approximately a week and is now in the care of his mother at her residence in Cave Junction Oregon.

Due to the uncertainty of Mr. Hook's recovery period, the parties hereby stipulate and agree that Mr. Hook be allowed to reside in the District of Oregon at his mother's residence at 677 Beebe Drive, Cave Junction Oregon 97523 and that he be supervised by U.S. Pretrial Services in Oregon as needs arise.

\\

IT IS SO STIPULATED.

|  |  |
|---|---|
| June 26, 2019<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
|  | /S<br>SAILAJA PAIDIPATY<br>Assistant United States Attorney |
| June 26, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|  | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.
6/26/2019

_____
Dated

ROBERT ILLMAN
United States Magistrate Judge