STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: david_rizk@fd.org

Counsel for Defendant HOOK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–306 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO RESET EVIDENTIARY HEARING DATE** |
| AHARON HOOK, | |
| Defendant. | |

The above-entitled matter was set for an evidentiary hearing on July 11, 2019. Due to the substitution of new lead defense counsel, the parties have agreed to continue the matter to August 22, 2019 at 10:00 a.m.

\\

\\

\\

\\

\\

IT IS SO STIPULATED.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: July 17, 2019 | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>DAVID RIZK<br>Assistant Federal Public Defender |
| Dated: July 17, 2019 | DAVID ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>SAILAJA PAIDIPATY<br>Assistant United States Attorney |

IT IS SO ORDERED.

7/26/2019
Dated

CHARLES R. BREYER
United States District Judge